**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Rentech WP U.S., and Rentech, Inc., | : | Case No. 17-12958 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.    **8672237 Canada, Inc., d/b/a Quebec Biomass Marine Terminal ("QBMT")**, Attn: Dominic Picard, 961 Champlain Blvd., Quebec City, QC G1K4J9 Canada, Phone: 418-522-4701, Ext. 2280; Fax: 418-955-0523

2.    **TrinityRail Canada, Inc.,** Attn: Mark Elmore, 2525 N. Stemmons Frwy, Dallas, TX 75207, Phone: 214-589-6570. Fax: 214-589-8824

3.    **Dennis Corn,** Email: denniscorn01@gmail.com, Phone: 832-623-1597

 

                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3

                                            /s/ *Juliet Sarkessian* for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: January 3, 2018

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Nestor, Esq., Phone: (302) 571-6600, Fax: (302) 571-1253